# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN D. ERASMUS, | Case No.: 1:21-cv-00782-JLT |
| Plaintiff, | ORDER REFERRING THE MATTER TO VDRP |
| v. | |
| BEAUTOLOGIE MANAGEMENT GROUP, INC., a California Professional Corporation, | |
| Defendant. | |

On August 3, 2021, the parties submitted a joint scheduling report. (Doc. 7.) The report indicates that "[t]he parties are stipulating referral of this action to the Voluntary Dispute Resolution Program (VDRP) pursuant to Local Rule 271." (Id. at 7.) Therefore, the Court **ORDERS**:

1. The Scheduling Conference set for August 10, 2021 is **VACATED**;
2. The matter is referred to the Voluntary Dispute Resolution Program; and
3. All deadlines and hearing dates are **VACATED**, and the scheduling conference will be re-set if it becomes necessary.

IT IS SO ORDERED.

Dated: **August 6, 2021**        **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE