# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN D. ERASMUS, | Case No.: 1:21-cv-00782-JLT |
| Plaintiff, | ORDER AFTER NOTICE OF SETTLEMENT |
| v. | (Doc. 11) |
| BEAUTOLOGIE MANAGEMENT GROUP, INC., a California Professional Corporation, | |
| Defendant. | |

The parties report that they have settled the matter and indicate they will seek dismissal of the action soon. (Doc. 11) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than November 19, 2021**;

2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: __September 17, 2021__          _____ /s/ Jennifer L. Thurston
                                       CHIEF UNITED STATES MAGISTRATE JUDGE