# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN D. ERASMUS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BEAUTOLOGIE MANAGEMENT GROUP, INC., a California Professional Corporation,<br><br>　　　　　Defendant. | Case No.: 1:21-cv-00782-JLT<br><br>ORDER CLOSING THE CASE |

　　　　The parties have stipulated to the action being dismissed with prejudice, with both sides to bear their own fees and costs.  (Doc. 14) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court.  <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

　　Dated:　**November 12, 2021**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE